

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-16-100-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL |
| DAVID LEE BROWN, JR., | |
| Defendant. | |

UPON Defendant's Motion to File Documents Under Seal (Doc. 31), and for good cause appearing,

IT IS HEREBY ORDERED that the Psychological Evaluation and letters between the Defendant and victim are filed under seal. These documents should be viewed only by the Court, Assistant United States Attorney and defense counsel.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 11th day of August, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1